# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **Martha J. Woodall,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } **Case No.: 5:22-cv-01295-MHH** |
| | } |
| **Wal-Mart Inc.,** | } |
| | |
| **Defendant.** | |

## ORDER OF DISMISSAL

Plaintiff Martha J. Woodall and Defendant Walmart Inc. have filed a joint stipulation of dismissal with prejudice. (Doc. 18). Each party shall bear its own attorneys' fees, costs, and expenses. (Doc. 18).

At the direction of the Court, this case is closed.

**DONE** and **ORDERED** this January 19, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE